IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:02CR195-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN CHARLES BARKLEY ) | |

**THIS MATTER** is before the Court on the Defendant's application for a certificate of appealability pursuant to 28 U.S.C. § 2255.

Because the Defendant has never filed a motion pursuant to § 2255, this application is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's application for a certificate of appealability is hereby **DENIED**.

**Signed: July 5, 2005**

Lacy H. Thornburg
United States District Judge